Milo D. BURROUGHS, Petitioner,

v.

MERIT SYSTEMS PROTECTION
BOARD, Respondent,

and

Department of the Army, Intervenor.

No. 2011–3119.

United States Court of Appeals,
Federal Circuit.

Nov. 4, 2011.

Before BRYSON, SCHALL, and
PROST, Circuit Judges.

## ON MOTION

## ORDER

PER CURIAM.

The Merit Systems Protection Board
(MSPB) moves to dismiss the petition for
lack of jurisdiction. Milo Burroughs re-
plies.

Burroughs petitioned for review of an
MSPB decision that dismissed one of
Burroughs' Veterans Employment Oppor-
tunities Act claims and remanded to the
administrative judge Burroughs' claims
relating to employment practices.

This court's review of MSPB decisions is
limited to final orders or final decisions.
*See Weed v. Soc. Sec. Admin.*, 571 F.3d
1359, 1361–63 (Fed.Cir.2009); *see also* 28
U.S.C. § 1295(a)(9). In *Cabot Corp. v.
United States*, 788 F.2d 1539, 1542 (Fed.
Cir.1986), we stated the uncontroversial
rule that "an order remanding a matter to
an administrative agency for further find-
ings and proceedings is not final." See
*also Patterson v. Office of Pers. Mgmt.*,
111 Fed.Appx. 590 (Fed.Cir.2004). Be-
cause Burroughs' employment practices
claim was remanded to the administrative
judge, the order which he seeks review of
is not final. Mr. Burroughs may, of
course, file a notice of appeal after the
MSPB disposes of all claims and enters a
final decision.

Accordingly,

IT IS ORDERED THAT:

The motion to dismiss is granted.